■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL M. VACCARO, Appellant. [616 NYS2d 279] —Judgment unanimously affirmed. Memorandum: Defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Moissett,* 76 NY2d 909; *People v Saunders,* 190

AD2d 1092, *lv denied* 81 NY2d 1019). The challenge by defendant to his sentence on the ground that it is harsh and excessive did not survive his waiver *(see, People v Allen,* 82 NY2d 761). Defendant also waived his right to appeal the denial of his suppression motion *(see, People v Williams,* 36 NY2d 829, 830, *cert denied* 423 US 873; *see also, People v Seaberg,* 74 NY2d 1, 7). (Appeal from Judgment of Erie County Court, LaMendola, J.—Burglary, 2nd Degree.) Present—Balio, J. P., Fallon, Callahan, Davis and Boehm, JJ.